## (V. D. 12)

## Selsi Company, Inc. *v.* United States

Entry No. 734847, etc.

(Decided September 16, 1954)

*Lane, Young & Fox* (*William H. Fox* of counsel) for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

Oliver, Chief Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *Selsi Company, Inc.* v. *United States*, 32 Cust. Ct. 490, Abstract 58083. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 221300–K/3464–53 | 760132 | Binoculars with cases | |
| | | 10 pcs. Miralux 8 x 30 | |
| | | Binoculars | 33. 27 |
| | | Carrying cases | 2. 50 plus cases and packing |
| | | 4 pcs. Supralux 8 x 40 | |
| | | Binoculars | 50. 19 |
| | | Carrying cases | 4. 50 plus cases and packing |
| | | 12 pcs. Miralux 8 x 30 | |
| | | Binoculars | 33. 27 |
| | | Carrying cases | 2. 50 plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 221300–K/3464–53 | 866026 | Binoculars with cases | |
| | | 12 pcs. 10 x 35 | |
| | | Binoculars_____ | 17. 01 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 5 pcs. 12 x 37 | |
| | | Binoculars_____ | 17. 72 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 12 pcs. 8 x 40 | |
| | | Binoculars_____ | 14. 43 |
| | | Carrying cases_____ | 2. 00 plus cases and packing |
| 222091–K/5862–53 | 828853 | Binoculars with cases | |
| | | 200 pcs. Art. No. 4762, 6 x 15 | |
| | | Binoculars_____ | 6. 10 |
| | | Carrying cases_____ | 0. 50 net packed |
| | | 50 pcs. Art. No. 7149, 6 x 18 | |
| | | Binoculars_____ | 13. 20 |
| | | Carrying cases_____ | 1. 00 net packed |
| | 756110 | Binoculars with cases | |
| | | 12 pcs. 10 x 35 | |
| | | Binoculars_____ | 17. 01 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 6 pcs. 8 x 30 | |
| | | Binoculars_____ | 17. 72 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | 829283 | Binoculars with cases | |
| | | 6 pcs. 12 x 37 | |
| | | Binoculars_____ | 17. 72 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |
| | | 6 pcs. 12 x 37 | |
| | | Binoculars_____ | 17. 72 |
| | | Carrying cases_____ | 2. 25 plus cases and packing |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 222091–K/5862–53 | 769463 | Binoculars with cases | |
| | | 200 pcs. No. 4762, 6 x 15 | |
| | | Binoculars_____ | 6. 20 |
| | | Carrying cases_____ | 0. 50 |
| | | | net packed |
| | 853675 | Binoculars with cases | |
| | | 50 pcs. Art. No. 4728, 7 x 50 | |
| | | Binoculars_____ | 13. 20 |
| | | Carrying cases_____ | 1. 25 |
| | | | net packed |